IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ACUTE PATIENT CARE,

      Appellant,

v.

      Case No.  5D21-2549
      LT Case No. 2018-CA-1779-CI

INTEGON PREFERRED
INSURANCE COMPANY,

      Appellee.
_____/

Decision filed October 18, 2022

Appeal from the Circuit Court
for Osceola County,
Robert J. Egan, Judge.

Mark A. Nation, and
Paul W. Pritchard, of
The Nation Law Firm,
Longwood, for Appellant.

William J. McFarlane, III, and Michael
K. Mittelmark, of  McFarlane Law,
Coral Springs, for Appellee.


PER CURIAM.


     AFFIRMED.

SASSO and NARDELLA, JJ., ORFINGER, R. B., Senior Judge, concur.